UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 18-16248-BKC-MAM
                                                                Chapter 7
CHANCE & ANTHEM, LLC,

    Debtor.
_____/

ROBERT C. FURR, not individually but                            ADV. NO. 19-01302-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

    Plaintiff,
v.

OCEAN REEF CLUB, INC.

    Defendant.
_____/

**PLAINTIFF'S VERIFIED MOTION FOR CLERK'S ENTRY OF
DEFAULT AGAINST DEFENDANT OCEAN REEF CLUB, INC.**

Plaintiff, Robert C. Furr ("Plaintiff" or the "Trustee"), as Chapter 7 Trustee for the Debtor, Chance and Anthem, LLC (the "Debtor") (collectively, the "Debtors"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 55(a), as made applicable to this proceeding by Fed. R. Bankr. P. 7055, and Local Rule 7055-1, hereby files this Verified Motion for Clerk's Entry of a Default against Defendant Ocean Reef Club, Inc. (the "Defendant"), and in support thereof states:

    1.    On August 06, 2019, Plaintiff commenced this adversary proceeding against the Defendant [ECF No. 01].

    2.    On August 09, 2019, Plaintiff served the Summons, Adversary Complaint, and Order Setting Filing and Disclosure Requirements for Pretrial and Trial upon the Defendant at

the addresses indicated on the Certificate of Service, via Regular First Class U.S. Mail, Postage Fully Prepaid, pursuant to Fed. R. Bankr. P. 7004. [ECF No. 04].

3. Pursuant to Fed. R. Bankr. P. 7012, Defendant's response or answer to the Trustee's Complaint was due on or before September 06, 2019. As of the date of this Motion, the Defendant has not served or filed a response or answer to Plaintiff's Complaint as required by law.

4. Court papers seeking an extension of time for Defendant to respond the Adversary Complaint have been filed in this adversary proceeding by Jeffrey Siskind. Mr. Siskind is neither purporting to act as counsel to Defendant, nor is he a party to this adversary proceeding.

5. Based upon the foregoing, Plaintiff respectfully requests that the Clerk enter a default against Defendant for failing to file an answer or response to Plaintiff's Complaint.

WHEREFORE, Plaintiff respectfully requests the Court grant the relief requested herein, and for such other and further relief as the Court deems just and proper.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

## VERIFICATION

After being duly sworn, I hereby verify under penalty of perjury that I have read the foregoing document and that based on my personal knowledge the factual allegations contained therein are true, accurate, and correct.

Jesus M. Suarez

STATE OF FLORIDA   )
                   )
MIAMI DADE COUNTY  )

Sworn to and subscribed before me this 9th day of September, 2019, by Jesus M. Suarez, Esq. who is personally known to me, and took the oath.

_____
Signature of Notary Public

JOHANA ZAMORA
State of Florida-Notary Public
Commission # GG 236264
My Commission Expires
July 09, 2022

(SEAL)

Respectfully submitted this 9th day of September, 2019.

GENOVESE JOBLOVE & BATTISTA, P.A.
Counsel to the Chapter 7 Trustee
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By: /s/ Jesus M. Suarez
    John H. Genovese, Esq.
    Florida Bar No. 280852
    jgenovese@gjb-law.com
    Jesus M. Suarez, Esq.
    Fla. Bar No. 60086
    jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served upon all parties in interest registered to receive electronic notice on this matter via the Court's Case Management/Electronic Case Filing System (which is incorporated herein by reference) on September 9, 2019 and via U.S. Mail as reflected on the Service List below on September 10, 2019.

By: /s/ Jesus M. Suarez
Jesus M. Suarez, Esq.

## SERVICE LIST

*Served Via U.S. Mail*

OCEAN REEF CLUB, INC.
C/O ROBERT MANZO, CHAIRMAN
35 OCEAN REEF DRIVE, SUITE 200
KEY LARGO, FL 33037

OCEAN REEF CLUB, INC.
C/O ROBERT A. BOGDAN, SECRETARY AND REGISTERED AGENT
35 OCEAN REEF DRIVE, STE 200 EO
KEY LARGO, FL 33037