Form CGFD61  (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number:** 18–16248–MAM                **Adversary Number:** 19–01302–MAM

In re:

**Name of Debtor(s):**  Chance & Anthem, LLC

_____/

**Robert C. Furr**

Plaintiff(s)

**VS.**

**Ocean Reef Club, Inc.**

Defendant(s)

_____/

# ENTRY OF DEFAULT

   A motion for entry of default has been filed pursuant to Local Rule 7055–1. It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

> Name:  **Ocean Reef Club, Inc.**

   Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

**Dated: 9/10/19**                **CLERK OF COURT**
                                    By: Lorraine Adam
                                    Deputy Clerk (561) 514–4100

The clerk shall serve a copy of the Entry of Default on all parties to the adversary proceeding