UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

CHANCE & ANTHEM, LLC,

      Debtor.

_____/

ROBERT C. FURR, not individually but
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

      Plaintiff,

v.

OCEAN REEF CLUB, INC.

      Defendant.

_____/

Case No. 18-16248-BKC-MAM
Chapter 7

ADV. NO. 19-01302-MAM

**PLAINTIFF'S AGREED *EX-PARTE* MOTION TO SET ASIDE
AND VACATE CLERK'S DEFAULT**

Plaintiff, Robert C. Furr ("Plaintiff" or "Trustee"), as Chapter 7 Trustee of the Debtor,

Chance & Anthem, LLC (the "Debtor"), by and through undersigned counsel, pursuant to Rules

55 and 60 of the Federal Rules of Civil Procedure, Rules 7055 and 7060 of the Federal Rules of

Bankruptcy Procedure and Local Rule 9013-1(C)(1), hereby files this *Agreed Ex-Parte Motion to*

*Set Aside and Vacate Clerk's Default* and in support thereof states:

    1.    On May 24, 2018, the Bankruptcy Court for the District of Maryland entered its

Memorandum and Order Transferring Venue To The Bankruptcy Court For the Southern District

of Florida, transferring the Bankruptcy Case to this Court.

    2.    On May 25, 2018, the Plaintiff was duly appointed and is acting Chapter 7

Trustee of the Debtor's bankruptcy estate (the "Estate") [ECF No. 76].

3.     On August 6, 2019, Plaintiff initiated the instant adversary proceeding by filing the Adversary Complaint To Avoid And To Recover Fraudulent Transfers And For Other Relief (the "Adversary Complaint") [Adv. D.E. 1], against the Defendant, Ocean Reef Club, Inc. (the "Ocean Reef" or "Defendant"), in the above adversary proceeding (the "Adversary Case").

4.     In the Adversary Complaint, the Trustee seeks to avoid and recover certain alleged fraudulent transfers totaling $13,233.88 (the "Transfer") pursuant to §726.105(1)(b), Florida Statutes, and 11 U.S.C. §544(b)(1) and 550 of the Bankruptcy Code (Count I) and for Unjust Enrichment (Count II) (collectively, the "Transfer Claims").

5.     On September 7, 2019, Siskind filed his Motion to Intervene [Adv. D.E. 5] (the "Motion to Intervene") and (ii) Motion to Strike Chapter 7 Trustee's Scandalous, Impertinent Allegations and for Clarification [Adv. D.E. 7] (the "Motion to Strike").    The hearing on the Motion to Intervene and Motion to Strike is scheduled for October 2, 2019 at 10:00 a.m.

6.     On September 9, 2019 the Plaintiff filed the Verified Motion for Clerk's Entry of Default Against Defendant Ocean Reef Club, Inc. [Adv. D.E. 10].

7.     On September 10, 2019, the Clerk of this Court, upon Plaintiff's request, entered the Default. [Adv. D.E. 11].

8.     On September 30, 2019, the Trustee filed the Response and Opposition to Jeffrey M. Siskind's Motion to Intervene and Motion to Strike [Adv. D.E. 13].

9.     Counsel for the Defendant conferred with counsel for the Plaintiff and advised Plaintiff's counsel that Defendant intended to move to vacate the Clerk's Default and defend this adversary proceeding on the merits.

10.     Plaintiff therefore requests that the Court grant the relief requested herein and allow this case to be decided on the merits.

2

WHEREFORE, Trustee, **ROBERT C. FURR,** respectfully requests the entry of an Order, substantially in the form attached hereto as **Exhibit A**, setting aside and vacating the Clerk's Default and granting such other and further relief as the Court deems just and proper.

Dated this 15th day of October, 2019.

GENOVESE JOBLOVE & BATTISTA, P.A.
Counsel to the Chapter 7 Trustee
100 S.E. 2nd Street, Suite 4400
Miami, FL  33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By:/s/  Jesus M. Suarez
     John H. Genovese, Esq.
     Florida Bar No. 280852
     jgenovese@gjb-law.com
     Jesus M. Suarez, Esq.
     Fla. Bar No. 60086
     jsuarez@gjb-law.com
     Barry P. Gruher, Esq.
     Fla. Bar No. 960993
     bgruher@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF Notification upon all interested parties registered to receive electronic notification in this matter and/or via U.S. Mail as indicated on the Service List below on this 15th day of October, 2019.

By:/s/  Jesus M. Suarez
     Jesus M. Suarez, Esq.

3

## **SERVICE LIST**

### ***Served Via CM/ECF Notification***

Jeffrey M Siskind on behalf of Interested Party Jeffrey M Siskind jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C. Furr jsuarez@gjb-law.com, gjbecf@gjb-law.com; chopkins@gjb-law.com; jzamora@gjb-law.com; ecastellanos@gjb-law.com; gjbecf@ecf.courtdrive.com

### ***Served Via U.S. Mail***

Erica L. English, Esq.
*Counsel for Defendant*
Katz Barron
901 Ponce de Leon Blvd
10th Floor
Coral Gables, FL 33134

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 18-16248-BKC-MAM
                                                    Chapter 7
CHANCE & ANTHEM, LLC,

      Debtor.
_____/

ROBERT C. FURR, not individually but              ADV. NO. 19-01302-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

      Plaintiff,
v.

OCEAN REEF CLUB, INC.

      Defendant.
_____/

**AGREED ORDER GRANTING PLAINTIFF'S AGREED**
***EX-PARTE* MOTION TO SET ASIDE AND VACATE CLERK'S DEFAULT**

THIS MATTER came before the Court without hearing upon the *Agreed Ex-Parte Motion to Set Aside and Vacate Clerk's Default* (the "Motion"). Upon consideration of the Motion, the agreement of the parties as set forth therein, good cause appearing for the relief sought in the same, and the Court being otherwise fully advised in the premises, it is

ORDERED as follows:

1.    The Motion is GRANTED.

2.    The Clerk's Default entered in this matter is VACATED and SET ASIDE.

3.    Attorney English, Counsel for Ocean Reef Club, Inc. shall accept service of the Complaint, Summons and Order Setting Filing and Disclosure Requirements for Pretrial and Trial file a response to the Complaint within twenty (20) days of the date of entry of this Order.

4.    A pretrial conference in this matter is scheduled for November 14, 2019 at 10:00 a.m. in Room 801, Courtroom A of the United States Bankruptcy Court, Flagler Waterview Building, 1515 N. Flagler Drive, West Palm Beach, FL 33401.  This Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial shall remain in full force and effect, and all deadlines set in such Order shall be calculated based on the November 14, 2019 pretrial conference.

###

Submitted by:

Jesus M. Suarez, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
Counsel for Chapter 7 Trustee
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Email:  jsuarez@gjb-law.com

Attorney Suarez shall serve a conformed copy of this Order upon receipt of same on all parties in interest and shall file a Certificate of Service with the Court within 3 days after entry of the Order.