

**ORDERED in the Southern District of Florida on October 23, 2019.**

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                          Case No. 18-16248-BKC-MAM
                                       Chapter 7

CHANCE & ANTHEM, LLC,

      Debtor.
_____/

ROBERT C. FURR, not individually but          ADV. NO. 19-01302-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

      Plaintiff,
v.

OCEAN REEF CLUB, INC.

      Defendant.
_____/

**AGREED ORDER GRANTING PLAINTIFF'S AGREED**
**_EX-PARTE_ MOTION TO SET ASIDE AND VACATE CLERK'S DEFAULT**

THIS MATTER came before the Court without hearing upon the *Agreed Ex-Parte Motion to Set Aside and Vacate Clerk's Default* (the "Motion") [ECF No. 17]. Upon consideration of the Motion, the agreement of the parties as set forth therein, good cause appearing for the relief sought in the same, and the Court being otherwise fully advised in the premises, it is

ORDERED as follows:

1. The Motion is GRANTED.

2. The Clerk's Default entered in this matter is VACATED and SET ASIDE.

3. Attorney English, Counsel for Ocean Reef Club, Inc. shall accept service of the Complaint, Summons and Order Setting Filing and Disclosure Requirements for Pretrial and Trial file a response to the Complaint within twenty (20) days of the date of entry of this Order.

4. A pretrial conference in this matter is scheduled for January 14, 2020 at 10:00 a.m. in Room 801, Courtroom A of the United States Bankruptcy Court, Flagler Waterview Building, 1515 N. Flagler Drive, West Palm Beach, FL 33401. This Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial shall remain in full force and effect, and all deadlines set in such Order shall be calculated based on the January 14, 2020 pretrial conference.

###

Submitted by:
Jesus M. Suarez, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
Counsel for Chapter 7 Trustee
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Email:  jsuarez@gjb-law.com

Attorney Suarez shall serve a conformed copy of this Order upon receipt of same on all parties in interest and shall file a Certificate of Service with the Court within 3 days after entry of the Order.