UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Case No. 18-16248-BKC-MAM
                                                                                        Chapter 7
CHANCE & ANTHEM, LLC,

    Debtor.
_____/

ROBERT C. FURR not individually but                         ADV. NO. 19-01302-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

    Plaintiff,

v.

OCEAN REEF CLUB, INC.

    Defendant.
_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, Robert C. Furr ("Plaintiff" or the "Trustee"), as Chapter 7 Trustee for the Debtor, Chance and Anthem, LLC (the "Debtor") and Defendant, Ocean Reef Club, Inc. ("Ocean Reef" together the "Parties"), consistent with Rule 41(a) of the Federal Rules of Civil Procedure and Rule 7041 of the Federal Rules of Bankruptcy, hereby stipulate and agree to the dismissal of the Plaintiff's claims against Ocean Reef in this adversary proceeding without prejudice.  Further, each party shall agree to bear their own attorneys' fees and costs in this matter.

    Stipulated and agreed to this 3rd day of January, 2020.

| | |
|---|---|
| GENOVESE JOBLOVE & BATTISTA, P.A. | KOZYAK TROPIN & THROCKMORTON |
| *Counsel for the Plaintiff* | *Counsel for Defendant* |
| 100 S.E. Second Street, 44th Floor | 2525 Ponce De Leon Blvd, 9th Floor |
| Miami, Floirda 33131 | Miami, Florida 33134 |
| Telephone: (305) 349-2300 | Tel: (305) 372-1800 |
| | |
| By: /s/ *Jesus M. Suarez* | By: /s/ *Bernice C. Lee* |
|     Jesus M. Suarez, Esq |     Bernice C. Lee Esq. |
|     Florida Bar No. 60086 |     Florida Bar No. 73535 |
|     jsuarez@gjb-law.com |     blee@kttlaw.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon all interested creditors and parties registered to receive electronic notification via the Court's Case Management/Electronic Case Filing System as indicated on the Service List below on this 3rd day of January, 2020.

By: /s/ *Jesus M. Suarez*
Jesus M. Suarez, Esq.

## SERVICE LIST

*Notice will be served via CM/ECF notification upon:*

Barry P Gruher on behalf of Plaintiff Robert C. Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Jeffrey M Siskind on behalf of Interested Party Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C. Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

**Notice will be served via U.S. Mail and E-mail upon:**

Bernice C. Lee, Counsel to Defendant
KOZYAK TROPIN & THROCKMORTON
2525 Ponce De Leon Blvd, 9th Floor
Miami, Florida 33134
blee@kttlaw.com